*In re* LUIS CHAVES GHIGLIOTTY.

*Número:* TS-3852          *Resuelto:* 15 de noviembre de 1996

*Luis M. Chaves Ghigliotty*, pro se.

## RESOLUCIÓN

Vista la *Moción informativa* presentada por el Colegio de Abogados de Puerto Rico el 30 de octubre de 1996, en cumplimiento de nuestra Resolución de 27 de septiembre, y la comparecencia ulterior del Lcdo. Luis M. Chaves Ghigliotty, el Tribunal declara con lugar su petición de readmisión y le autoriza a ejercer la profesión de abogado en el Estado Libre Asociado de Puerto Rico.

Esta autorización excluye su readmisión al ejercicio de la notaría.

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*